**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:                                                                                                        Case No.

**Harvey Hernandez**                                                                     Chapter **7**

            Debtor(s)

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 2017**

I, **Silvia A. Bevilacqua, Esq.**, an attorney admitted to practice in the Court of this State:

1. That I am the attorney for the above-named debtor(s) and fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s)

| Date &Time of Service | Services Rendered |
|---|---|
| **2/26/14** | **open file, review debtor's financial situation** |
| **2/27/14** | **prepare Chapter 7 petition** |
| **3/4/14** | **review petition with client. Prepare petition for client's signature** |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is .            **Flat Fee**

Dated:  **March 6, 2014**                                              **s/SilviaA.Bevilacqua**

**Silvia A. Bevilacqua, Esq.**
Attorney for Debtor(s)
**37-21 75th Street, 3rd Floor**
**Jackson Heights, New York 11372**
Telephone No.: **(718) 457-8044**
Fax No.: **(718) 289-5022**
E-mail address:  **sabpc.law@gmail.com**