# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 3/13/2014 |
| Case: 1−14−41110−ess | Form ID: 270 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Debra Kramer      dkramer@kramerpllc.com;trustee@kramerpllc.com
aty     Silvia A Bevilacqua      sabpc.law@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Harvey Hernandez      78−12 35th Avenue      #3−M      Jackson Heights, NY 11372
smg    Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

TOTAL: 2