# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 06/19/2014 |
| Case: 1−14−41110−ess | Form ID: 262 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com |
| aty | Silvia A Bevilacqua | sabpc.law@gmail.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Harvey Hernandez 78−12 35th Avenue #3−M Jackson Heights, NY 11372 |
| smg | NYS Department of Taxation &Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | NYC Department of Finance 345 Adams Street, 3rd Floor Attn: Legal Affairs − Devora Cohn Brooklyn, NY 11201 |
| smg | NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | Office of the United States Trustee Eastern District of NY (Brooklyn Office) U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014 |
| 8269044 | Bank of America P.O.Box 851001 Dallas, TX 75285−1001 |
| 8269043 | Bank of America P.O.Box 15019 Wilmington, DE 19886−5019 |
| 8269045 | Chase Cardmember Service P.O.Box 15153 Wilmington, DE 19886−5153 |
| 8269046 | Citi Card P.O.Box 183113 Columbus, Ohio 43218 |

TOTAL: 9